JAMES W. LEWIS (SBN 207599)
jlewis@sssfirm.com
J. KYLE GAINES (SBN 287536)
kgaines@sssfirm.com
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Suite 255
Beverly Hills, CA 0211
Telephone: (310) 341-2086
Facsimile: (310) 773-5573

Attorneys for Plaintiff,
J.F.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.F., an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA (FEDERAL BUREAU OF PRISONS); ROSS KLINGER, an individual; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 4:23-cv-4434-YGR<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFF'S APPLICATION TO MAINTAIN ANONYMITY** |

Plaintiff has submitted an application to maintain her anonymity.

This Court, having considered the briefs and other documents in support of the application and being fully advised in this matter finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Application to Maintain Her Anonymity is GRANTED.

IT IS SO ORDERED.

Dated: August 30, 2023         _____
United States District Court ~~Magistrate~~ Judge

1